Order affirmed, without costs; no opinion.

Concur: Lehman, Ch. J., Loughran, Lewis, Conway and Desmond, JJ. Dissenting: Rippey, J. Taking no part: Thacher, J.

In the Matter of the Civil Service Technical Guild et al., Appellants, against Fiorello H. La Guardia, et al., Respondents.

Argued February 25, 1944; decided March 10, 1944.

*Albert B. Breslow* for appellants.

*Ignatius M. Wilkinson, Corporation Counsel (William S. Lebwohl* and *James Hall Prothero* of counsel), for respondents.

*Raymond P. McNulty* and *Ruth I. Wilson* for American Institute of Consulting Engineers, *amicus curiæ,* in support of respondents' position.

*Bryan Brady, Harry N. French* and *J. G. Fink* for New York Chapter of American Institute of Architects and others, *amici curiæ,* in support of respondents' position.

*Jeremiah M. Evarts* for Triborough Bridge Authority, *amicus curiæ,* in support of respondent's position.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY and DESMOND, JJ. Dissenting: RIPPEY, J. Taking no part: THACHER, J.

CHRIS PEDERSEN, Individually and on Behalf of Other Employees of Defendant Similarly Situated, Respondent, *v.* J. F. FITZGERALD CONSTRUCTION COMPANY, Appellant.

Submitted February 21, 1944; decided March 10, 1944.